## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re Novartis and Par Antitrust Litigation | 1:18-cv-04361-AKH |
|---|---|
| This Document Relates To: All Actions | |

### ~~[REDACTED]~~ SCHEDULING ORDER

| Event | Date |
|---|---|
| Close of fact depositions | August 17, 2020 |
| Status / Settlement Conference | Week of August 31, 2020, at the Court's convenience |
| Plaintiffs serve opening class and merits expert reports | September 24, 2020 |
| Defendants serve rebuttal class and merits expert reports | December 10, 2020 |
| Status / Settlement Conference | December 10, 2020 |
| Plaintiffs file motions for class certification | January 15, 2020 |
| Defendants file oppositions to Plaintiffs' motions for class certification | April 2, 2021 |
| Plaintiffs file replies in further support of motions for class certification | May 12, 2021 |

SO ORDERED
Dated: March 18, 2020

_/s/ Alvin K. Hellerstein_
The Honorable Alvin K. Hellerstein
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2020

6