The request is granted. So ordered.
/s/ Alvin K. Hellerstein
May 25, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re NOVARTIS AND PAR ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All End-Payor Actions | No. 1:18-cv-04361-AKH |

## MOTION TO WITHDRAW COUNSEL

End-Payor Plaintiff UFCW Local 1500 Welfare Fund moves this Court for an Order allowing attorneys Jay L. Himes, Brian R. Morrison, and Ethan H. Kaminsky to withdraw as counsel of record for UFCW Local 1500 Welfare Fund and the End-Payor Class in the above-captioned matter. Messrs. Himes, Morrison, and Kaminsky are no longer associated with former interim lead counsel for the End-Payor Class Labaton Sucharow LLP or current interim lead counsel DiCello Levitt Gutzler LLC. UFCW Local 1500 Welfare Fund and the End-Payor Plaintiff Class will continue to be represented by attorneys from Dicello Levitt Gutzler. Messrs. Himes, Morrison and Kaminsky's withdrawal will not result in any delays or affect any deadlines in this matter.

DATED:  May 19, 2022

Respectfully submitted,

By /s/ Robin A. van der Meulen
Robin A. van der Meulen
DICELLO LEVITT GUTZLER LLC
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
T: 646-933-1000
rvandermeulen@dicellolevitt.com

*Counsel for Plaintiff UFCW Local 1500 Welfare Fund and interim lead counsel for the End-Payor Class*