UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NOVARTIS AND PAR ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Walgreen* Action    1:18-cv-09861<br>*Rite Aid/CVS* Action    1:18-cv-11835 | Case No. 1:18-cv-04361-AKH<br><br>SO ORDERED<br><br>/s/ Alvin K. Hellerstein<br>U.S.D.J.<br>July 25, 2023 |

## STIPULATION OF DISMISSAL

Plaintiffs Walgreen Co., The Kroger Co., H-E-B, L.P., Rite Aid Corporation, Rite Aid Hdqtrs. Corp. and CVS Pharmacy, Inc. ("Plaintiffs") and Defendants Novartis Corporation, Novartis Pharmaceuticals Corporation, Novartis AG, Par Pharmaceutical, Inc., Endo Pharmaceuticals Inc. and Endo International PLC ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned actions with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted June 6, 2023,

Rachel G. Skaistis
CRAVATH, SWAINE & MOORE LLP,
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rskaistis@cravath.com

*Counsel for Defendants Novartis Corporation, Novartis Pharmaceuticals Corporation and Novartis AG*

Scott E. Perwin
Lauren C. Ravkind (*pro hac vice*)
Anna T. Neill (*pro hac vice*)
KENNY NACHWALTER P.A.
Four Seasons Tower, Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel.: (305) 373-1000
sep@knpa.com
lravkind@knpa.com
aneill@knpa.com

*Counsel for Walgreen Co., The Kroger Co. and H-E-B, L.P.*

/s/ Benjamin M. Greenblum
Benjamin M. Greenblum
WILLIAMS & CONNOLLY
680 Maine Avenue
Washington, DC 20024
202-434-5000
Email: bgreenblum@wc.com

*Counsel for Par Pharmaceutical, Inc., Endo Pharmaceuticals Inc. and Endo International PLC*

/s/ Barry L. Refsin
Barry L. Refsin (*pro hac vice*)
Alexander J. Egerváry
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel.: (215) 496-7031
brefsin@hangley.com
aegervary@hangley.com

Eric L. Bloom (*pro hac vice*)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
2805 Old Post Road, Suite 100
Harrisburg, PA 17110-3676
Tel.: (717) 364-1030
ebloom@hangley.com

*Counsel for Rite Aid Corp. and Rite Aid Hdqtrs. Corp. and CVS Pharmacy, Inc.*